IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILAGROS VELAZQUEZ | : CIVIL ACTION |
| v. | : |
| THE CITY OF NEW YORK, and THE NEW YORK CITY DEPARTMENT OF TRANSPORTATION, and AMTRAK, a/k/a NATIONAL RAILROAD TRANSPORTATION CORPORATION, and THE LONG ISLAND RAILROAD COMPANY | : No. 1:25-cv-02496 |

FILED: 4/8/2025

MEMO ENDORSED

## MOTION TO WITHDRAW NOTICE OF REMOVAL

Defendant, Amtrak a/k/a National Railroad Passenger Corporation (hereinafter "Amtrak"), hereby requests that the Court deem withdrawn the Notice of Removal in the above-captioned matter and remand this action back to the Supreme Court of the State of New York, Bronx County, Index No. 803110/2025E. Amtrak filed its Notice of Removal on March 26, 2025. On March 31, 2025, the parties agreed to dismissal of Amtrak from the underlying action. As Amtrak is dismissed from the underlying action, the Court no longer has jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1349.

*4/7/2025*
*Remand case to Bronx Supreme*

Respectfully submitted,

/s/ Stephen S. Dougherty
STEPHEN S. DOUGHERTY, ESQUIRE
Identification No.: 6111967
HOHN & SCHEÜERLE, LLC
Attorneys At Law
43 West 43rd Street, Suite 320
New York, NY 10036-7424
212-859-5065
Our File #9500.335
sdougherty@dverdict.com
Attorney for Defendant,
National Railroad Passenger Corporation

DATED: April 1, 2025.

## CERTIFICATE OF SERVICE

I, Stephen S. Dougherty, Esquire, certify that a true and correct copy of Defendant's Motion to Withdraw Notice of Removal will be served on all parties at the addresses listed in Plaintiff's State Court Complaint and via electronic filing with the Supreme Court of New York, Bronx County.

Michael F. Villeck, Esquire
SANDERS ARONOVA GROSSMAN
WOYCIK VIENER & KALANY, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
*Counsel for Plaintiff*

Andrew G. Muccigrosso, Esquire
LONG ISLAND RAILROAD LAW DEPARTMENT
Jamaica Station
Jamaica, NY 11435
*Co-Defendant*

The City of New York
100 Church Street
New York, NY 10007
*Unrepresented Co-Defendant*

The New York City Department of Transportation
100 Church Street
New York, NY 10007
*Unrepresented Co-Defendant*

/s/ Stephen S. Dougherty
STEPHEN S. DOUGHERTY, ESQUIRE

DATED: April 1, 2025.